# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

DAVID L. CALDWELL,

          Plaintiff,

      v.

NATIONAL GALLERY OF ART,

          Defendant.

_____

Civil Action No.  11-1084  (RLW)

## MEMORANDUM OPINION

On June 20, 2011, defendant filed a motion to dismiss the complaint.  In its June 22, 2011 Order, the Court advised the plaintiff, among other things, of his obligation to file an opposition or other response to the motion.  Further, that Order expressly warned the plaintiff that, if he failed to file his opposition by July 22, 2011, the Court would treat the motion as conceded.  To date, the plaintiff neither has filed an opposition nor requested additional time to do so.  The Court will treat defendant's motion as conceded and will dismiss this action.

An Order accompanies this Memorandum Opinion.

DATE: July 29, 2011

                          /s/
                    ROBERT L. WILKINS
                    United States District Judge